# EXHIBIT "B"

**MARC A. WEINBERG, ESQUIRE**
815 Greenwood Avenue, Suite 22
Jenkintown, PA 19046
(215) 567-0100

Attorney for Plaintiff

FILED
FEB 3 2012
CAMDEN COUNTY SUPERIOR COURT

| | |
|---|---|
| ALFRED RICCO | : SUPERIOR COURT OF NEW JERSEY |
|     Plaintiff | :CAMDEN COUNTY |
| | :LAW DIVISION |
| vs. | : |
| | :Docket No. L 164-12 |
| WALMART and JOHN DOES 1-3 and | : |
| JOHN DOES 4-6 | : |
|     Defendants | : PROOF OF SERVICE |

I, MARC A. WEINBERG, ESQUIRE, hereby certify as follows:

a.    I am the attorney of record for the above-captioned Plaintiffs.

b.    The Complaint was filed on 01/12/12 in Camden County Superior Court.

c.    Service was made on Defendant **Walmart at 130 Black Horse Pike, Audubon, NJ 08028** on **1/24/12** pursuant to Affidavit of Process Server, a copy of which is attached hereto and marked as Exhibit "A". A copy of the Summons is attached hereto and marked as Exhibit "B".

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

BY: _____
MARC A. WEINBERG
Attorneys for Plaintiff

Date: 2-2-12

ALFRED RICCO                              Plaintiff          Superior Court Of New Jersey

                    vs.                                      CAMDEN Venue

WALMART, ET ALS                           Defendant         Docket Number: CAM L 164 12

Person to be served (Name and Address):
WALMART                                   **FILED**          **AFFIDAVIT OF SERVICE**
30 BLACK HORSE PIKE                       FEB 3 2012         (For Use by Private Service)
AUDUBON NJ 08106
By serving: WALMART                       CAMDEN COUNTY SUPERIOR COURT

Attorney: MARC A. WEINBERG, ESQ.                            Cost of Service pursuant to R. 4:4-3(c)

Papers Served: SUMMONS AND COMPLAINT, CIS, TRACK ASSIGMENT          $ _____
NOTICE

Service Data:    [X] Served Successfully       [ ] Not Served

Date/Time:       01/24/2012  02:59PM    _____          Attempts:    Date/Time: _____
                                                                     Date/Time: _____
[ ] Delivered a copy to him/her personally                          Date/Time: _____

[ ] Left a copy with a competent household member over 14 years of age residing    Name of Person Served and relationship/title:
herein (indicate name & relationship at right)

[X] Left a copy with a person authorized to accept service, e.g. managing agent,    THOMAS HILL
registered agent, etc. (indicate name & official title at right)
                                                                     AUTHORIZED AGENT

Description of Person Accepting Service:

SEX: M   AGE: 36-50   HEIGHT: 5'4"-5'8"   WEIGHT: 161-200 LBS.   SKIN: BLACK   HAIR: BLACK   OTHER: BALDING

Unserved:
[ ] Defendant is unknown at the address furnished by the attorney
[ ] All reasonable inquiries suggest defendant moved to an undetermined address
[ ] No such street in municipality
[ ] Defendant is evading service
[ ] No response on:      Date/Time: _____
                         Date/Time: _____
                         Date/Time: _____

Other:

Served Data:
Subscribed and Sworn to me this                            I, HANAN HAYON,
                                                           was at the time of service a competent adult, over
25      day of    JAN.    , 20 12                          the age of 18 and not having a direct interest in the
                                                           litigation. I declare under penalty of perjury that the
Notary Signature: _____                         foregoing is true and correct.

                                                                              1 /25/2012
   Name of Notary      Commission Expiration               Signature of Process Server

EDDIE ACOSTA, JR.                                                             **EXHIBIT**
Name of Private Server HANAN HAYON Address: 2009 Morris Avenue UNION, NJ 07083  Phone: (800) PROCESS          A
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires March 15, 2015